UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

NO. 01-91-JJB-SCR

MITCHELL LEON FARKAS

**RULING AND ORDER**

The court has carefully reviewed the motion filed by Mitchell Leon Farkas for relief under §2255, the law applicable to this action, and the Report and Recommendation (doc. 127) of the United States Magistrate Judge Stephen C. Riedlinger, dated October 5, 2007.  Farkas has filed an objection (doc. 128), which request an evidentiary hearing and restates his prior arguments.  The request for an evidentiary hearing lacks merit and is hereby denied.

In his report, the magistrate judge recommends that the court deny the §2255 motion as untimely.  The court finds that the report and recommendation correctly sets forth  the applicable law.  The factual conclusions are clearly correct.  The petitioner failed to demonstrate that he was entitled to equitable tolling as he had over six months to file this motion prior to his transfer to Alabama on April 12, 2006. Furthermore, the petitioner failed to demonstrate that his transfers or lockdowns were "rare or exceptional" or that he attempted to obtain his legal materials with due diligence.  Accordingly, the court hereby approves the report and recommendation

1

(doc. 127) and adopts it as its opinion herein.

* * *

IT IS ORDERED that Mr. Farkas's request for an evidentiary hearing be **DENIED** and that the motion to vacate under §2255 (doc. 122) be **DENIED**.

Baton Rouge, Louisiana, November 13, 2007.

 

 

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA