UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 APR -9  A 10: 22

BY DEPUTY CLERK

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION

MITCHELL LEON FARKAS                            NUMBER 01-91-JJB-SCR

## ORDER

On April 2, 2008, the United States Court of Appeals for the Fifth Circuit remanded this case to the district court to determine whether to extend the time for filing a Notice of Appeal pursuant to Rule 4(a)(5), Fed.R.App.P.

Judgment was entered in this matter on November 13, 2007.[1] Petitioner signed his notice of appeal on February 6, 2008 and it was filed on February 11, 2008.[2] Petitioner attached a copy of a memorandum issued by Warden Michael W. Garrett on January 29, 2008 regarding prison lock downs at Federal Correctional Complex Coleman-USP-1. Garrett indicated that the prison was on lock down status between October 24, 2007 and December 20, 2007, and again between January 7, 2008 and January 28, 2008. The memorandum supports a finding that the prison was essentially on lock down status during the relevant period.

---

[1] Record document number 129.

[2] Record document number 130.

For the foregoing reasons, the Court finds that the petitioner demonstrated excusable neglect or good cause as required under Rule 4(a)(5), Fed.R.App.P., to be granted an extension of time in which to file his notice of appeal.

IT IS ORDERED that the request for an extension of time in which to file a notice of appeal is GRANTED.

The Clerk of Court shall return this case to the Fifth Circuit Court of Appeals for further proceedings as may be appropriate.

Baton Rouge, Louisiana, April 8th, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE